Stephen Toney
(name)
P.O. Box 799004
(Address)
San Diego, CA. 9217
(City, State, Zip)
AA2909
(CDC Inmate No)

2254    1983
FILING FEE PAID
Yes    No
IFP MOTION FILED
Yes    No
COPIES SENT TO
Court    ProSe

**FILED**

FEB 19 2010

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    DEPUTY

## United States District Court
## Southern District of California

Stephen Toney

Plaintiff

v.

Victor Ruiz, Hyride Jalie Marolli, Truong TA,
William Thomas Orvashy, Courtney Cutter,
Valbez Equino, Jesus, Thompson David,
John Blakely, Stephen Marquardt,
Traci Foster, Alma Machado, And
Kerry Wells

Defendant(s)

'10 CV 0405 BTM PCL

Civil Case NO. _____

Complaint Under the
Civil Rights Act
42 U.S.C. §1983

A. Jurisdiction.

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. §1983. If you wish to assert jurisdiction under different or additional authority, list them below.

B. Parties

1. Plaintiffs: This complaint alleges that the civil right of Stephen Toney who presently resides at P.O. Box 799004 San Diego, CA. 92719, were violated by the actions of the below named individuals. The action were directed against Plaintiff at

**1.** <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant <u>Victor Ruiz</u> resides in <u>San Diego California</u>,
                    (name)                                        (County of residence)

and is employed as a <u>Mechanic Helper</u>. This defendant is sued in
                              (defendant's position/title (if any))

his/her ☑ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: <u>The making of false Police Report, He</u>
<u>Conspired with the Police and Prosecutor to use this</u>
<u>Julies' Vehical to react an accident Then perjury the Court.</u>

Defendant <u>Julie Hyride Marolli</u> resides in <u>San Diego California</u>
                    (name)                                        (County of residence)

and is employed as a <u>Sandwich Maker</u>. This defendant is sued in
                              (defendant's position/title (if any))

his/her ☑ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: <u>Julie Conspired with Victor, Officsor TA, Orvosh,</u>
<u>and The Prosecutor To allow them to use her Vehical and reinact</u>
<u>the accidents Then using the evidence to perjury Court.</u>

Defendant <u>Truong TA</u> resides in <u>San Diego California</u>
                    (name)                                        (County of residence)

and is employed as a <u>S.D. Police Officser.</u>. This defendant is sued in
                              (defendant's position/title (if any))

his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: <u>Truong rushed to arrest me without Propely</u>
<u>investigating the crime, The Conspired with Victor, Julie,</u>
<u>the Prosecutor to reinact an accident Then perjury the Court</u>

Defendant <u>William Thomas Orvosh</u> resides in <u>San Diego California</u>,
                    (name)                                        (County of residence)

and is employed as a <u>S.D. Police Officser</u>. This defendant is sued in
                              (defendant's position/title (if any))

his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: <u>Orvosh Conspired with Officsor TA, Victor, Julie</u>
<u>and th. Prosecutor To reinact an accident. Then using the</u>
<u>evidents to perjury the Court doing Trial. He assi-</u>
<u>st, TA in falsly arreasting me.</u>

**Defendants:** (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant _Courtney Cutter_ resides in _San Diego_,
(name)                                           (County of residence)
and is employed as a _Public Defender Attorney_. This defendant is sued in
(defendant's position/title (if any))
his/(her) ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: _Ms. Cutter mentiong that the prosecutor_
_don't believe I did the cvime but the still was_
_gone to prosecute me for it._

Defendant _David Thompson_ resides in _Escandido CA_,
(name)                                            (County of residence)
and is employed as a _Public Defender Attorney_. This defendant is sued in
(defendant's position/title (if any))
(his)/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: _Mr. Thompson is in Conspivecy with_
_th Prosecutor in tampering with evidence and_
_with holding important information and witnesse._

Defendant _John Blakely_ resides in _Chula Vista_,
(name)                                          (County of residence)
and is employed as a _Privit Attorney_. This defendant is sued in
(defendant's position/title (if any))
(his)/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: _Mr. Blakely failed to investergate the_
_information I had giving him about me case, he also_
_fail to enterview any one witness I ask him to._

Defendant _Stephen Marquardt_ resides in _San Diego_,
(name)                                              (County of residence)
and is employed as a _Prosecutor Attorney_. This defendant is sued in
(defendant's position/title (if any))
(his)/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: _He conspived with Victor and the_
_S.D. Police officesr. He also refiled a case that_
_had been tried in which th jury reached a verdict_
_of 12-0 not quilty; doing thr first trial._

**3.** Defendants:  (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant _Jesus Equino Valbez_ resides in _National City California_
(name)                                                                                    (County of residence)
and is employed as a _Constuction Worker_ . This defendant is sued in
(defendant's position/title (if any))
his/her ☑ individual ☐ official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: _He allowed his Vehical to be use to reinact_
_an accidant he had to conspire with Victor, Julie._
_The Prosecator, officser TA, and Orvosh to perjury the Court._

Defendant _Traci Foster_ resides in _San Diego California_
(name)                                                                                    (County of residence)
and is employed as a _Court Reportor_ . This defendant is sued in
(defendant's position/title (if any))
his/her ☑ individual ☑ official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: _Traci remain in Court Department, was present_
_when Prosecutor was commiting Misconduct Coaching Victor in how_
_to testify in Trial In addition to conspire with Prosecutor and_
_Presiding Juda. to maniputate preceding and trial transcripts._

Defendant _Alma Machado_ resides in _S.D. California_
(name)                                                                                    (County of residence)
and is employed as a _Court Clerk_ . This defendant is sued in
(defendant's position/title (if any))
his/her ☑ individual ☑ official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: _The defendant in department At the_
_time Court was in recess everybody exit Court room_
_beside, Victor, Traci, Alma, and the Prosecator As he Coached_
_Victor in how he should testify when Jury return_

Defendant _Kerry Wells_ resides in _San Diego California_
(name)                                                                                    (County of residence)
and is employed as a _Superior Court Jnqde_ . This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☐ official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: _Kerry Wells Conspired with Prosecutor,_
_Prosecutor and Defense Attorneys to with hold_
_information from the jury which is testimony_
_from the first trial, in addition to intervening_
_in the middle of Struggerling testimony by_
_ordering the Court into recess which allowed_
_Prosecutor to Coach his Stor witness in how_
_and what to testify when jury return._

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1:  The following civil right has been violated: Willfully wrongly accused,

That resulted in a False Arrest, and Defamation of Character. (E.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:   [Include all facts you consider important to Count 1.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

Victor made a false police report against me, I was arrested and booked in County Jail by San Diego Police Officer Ty, Soon after Victor falsely accused me of being the driver of the truck Officeser Ty rushed toward my direction, handcuffed me and put me in the back of the Police Vehical he took my personal Keys from out my hand and Attempted to start the the stolen Truck, however the Key did not start the truck officeser Ty return to his patrole Vehical and drove me to Jail, after leaving the sub station.

Secondly, somewhere in between awaiting for trial Victor and Officeser Ty had got together and use reacted the crime scence using diffrent Vehical as evidence in Jury trial, therefore they had to Conspire together that is the Vehicals they used in trial is not the same two Vehical that had collided in the elley the evening I was arrested; Both Victor and the Officesers have Conspired to Commit perjury under Oath, in the Court of Law, in addition to tampering with evidents and that is what they did to violate my rights. which have anable me to prove my innocence in Trial.

Count 2:   The following civil right has been violated: Julie Conspired with Victor and Offircer TA, and Willfully perjury the Cart.
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.) which resulted in Defanation of Charactor.

Supporting Facts:   [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 2.]

Some time in between April 14, 2008. Too November, 2008, Julie Willfully Conspired with the Son Diego Police and her boy friend Victor, in reacted the Crime seence By allowing her Vehical to be Part of the evidence used againts me at trial; that is, the Vehicals used at trial is not the same two Vehical in the alley the evenning I had got arrested.

Julie also willfully and knowingly gave fales Testimony under oath in the Court of Law doing Two preliminary hearings and Two Jury Trial her involvement to Conspire with the Prosecutor, Victor, and The Two Police Offircers makes her guilty of Conspirecy, and giving perjury testimony at pelimanary Hearing and Jury Trial makes her guilty of conspiring to make, and Knowingly making false reports Julie personnel engaged in illegal acts as a matter of law. Julie action resulted in Petitioner to be falsely imprisoned. Julie allowed her Vehical to be use so that it would be more sensible to use in trial to perjury the Court

Count 3:  The following civil right has been violated: _False Arrest, Conspiracy_
(E.g., right to medical care, access to courts,
_Tampered with evidences,_ which resulted in False Imprison-
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment,
etc.) _ment that resulted in false imprisonment_

Supporting Facts:  [Include all facts you consider important to Count 3.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

As I was walking nourth bound between the alley of 48th and Estrada Av, Officer TA and his assistence was takeing a police report from Victor, Victor looked around the officer and notice me walking his direction, Victor then jumped into the alley and pointed his finger at me and said "Thats the Guy who was driving the truck, Officer TA immedilly rushed my direction took my Keys out my hand, then put me in the back of his patrole Vehical, then return back to the stoelling truck in question and tried useing my Keys to start the truck which he was not successful starting the Truck, Officere TA return to the trunk of his Patrole Car took out what I believe was some type of Kit that lifts finger Prints, after he took several simple he return and move his Vehical out of the alley way, and Start doing paper work, I tried explaining to him that I had nothing to do with the stolling Vehical, But since TA had rushed to hand Cuff me set me in the Back of his Vehical, I told him the I did not have nothing more to say to him becaus He would not have believed me, Officer TA then drove me to Substation and did whatever the do before presenting to take me the central Countyy Jail and book me for Auto Theft and

6

C. Causes of Action: False Arrest, Defanation of Character.

Count 3 Continue:

Supporting Facts Continue: Hit and Run, some time in between April 16, 2008 Too November 2008, Officer TA had to meet up with Victor and Julie to conspire and reinact the Hit and Run Vehical used in my Jury Trial That is, the two Vehical use at Jury Trial is not the same two Vehical that was in the alley that night that I was arrested.

　　　In addition to the false arrest, officser TA his accomplishment, Victor and Julie is guilty of Conspiracy, the makeing of a false police report and perjury under oath in preliminary hearing and at Jury Trial, and this is what the officers done to Violate my rights. Befor I forget I Should mention that from all Defendant involved in Conspiring againts me has made it difficult for me to prove my innocence.

Count 4: Causes of Action: False Arrest and Defamation of Character.

Count 4
Supporting Facts:

Officser Doe (orvash) was a ccomplic on duty helping officser TA as I was walking nourth bound in between the alley of 48th and Estriolla AV, as I remember officser Doe (orvash) was taking a report from Victor Rimz at the time Victor Jumps in the alley then pointed at me a "said, thats the guy who was driving the truck at that point I started back up waving my hands and saying to officser TA whom was rushing my direction, That I had nothing to do with the that had collided, officser TA apprehended me, took my personal keys from my hand, then put me in back of the police car first hand cuffing me then put me in back of the police car, officser ty then return to officser due whom handed him my keys in which officser orvash tried starting the truck with my keys, in which he was unable to start the truck with my keys.

   Officser Doe (orvash) is also guilty of Conspiracy along with Victor, Julie, and officser TA; By reacting the vehical in the evidence used in Jury Trial, and if giving a chance I will be able to prove it.
Officser Doe (orvash) is also guilty of perjury under oath in the Court of Law.

8

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 5: The following civil right has been violated: Due Process that

resulted in false imprisonment.

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:   [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

On or about May or June 2008, Mr. Cutter was the first Public Defencer Attorney appointed to my case, When I first appeared in court, and talked to Ms. Cutter She told me that, the Prosecutor does not belive I committed the crime, but that they still wanted to prosecute me for it, She did say that she needed to talk to them about my Case, She then went back into the Court Room and talked with the Prosecutor only to sortly return to me upset and saying that She thought that they was crazy, and that She did not want to have anything to do with what the Prosecutor was doing to me, she also informed me that I was being charge with open container of Beer and that if I had anything to do with the stoleing Truck that the Prosecutor was going to annolize the Can of Beer for DNA evidence that was to prove if I was in the truck our not Ms. Cutter Then informed me that she was pragnant and did not want it to reflect on her pragnancy, the thing the Prosecutor was doing to convict me for a crime I did not Commit,

9

Causes of Action

Count 5: Continue

Supporting Facts Continue: However, After recieving move information from me ms. Cuttur Informed me that she will not be handering my case on my next appevence and that I would be recieving a diffrent Attorney for the Public Defenders Office.

Finally Ms. Cuttur went be in the Court Room to inter my Not Guilty plea, She then return a give me court papers Concerning my next court appevance Date. Therefor Ms. Cuttur has knowledge of the Conspiracy of th Prosecutor pre sueing a Case they believe I did not Commit; I believe that She should be look at and investergated as a neutral defendent due to the facts that she took herself of my case, because she did not what to be part of the Conspiracy on the Prosecutor effort in Convecting me for these Charges, and thats my reason I believe mr. Cuttur Should be added to my Civil Complaint.

10

Count **6**: The following civil right has been violated: Due Process, Conspiracy
that resulted in false imprisonment.
(E.g., right to medical care, access to courts,
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment,
etc.)

Supporting Facts:   [Include all facts you consider important to Count 3.  State what happened clearly and in
your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant,
*by name*, did to violate the right alleged in Count 3.]

Mr. David Thompson is guilty of Conspiracy,
Tampering with evidence and with holding
Important information and witnesses that
should have been presented in court or
Jury Trial. That is, mr. Thompson first
mate with me to go over the crine
scence. He open a binder that had the
origenal Vehical that had Collided in
the alley the night I was arrested
For some reason he canceled our
Visit and reschaduled for another day
Mr. Thompson was also presented with
a Video Tape to proff my innocenti but
somewhere inbetween the Video Tape with
modified and the part of tape that would
had proved my innocence had been
taken out, that is, my girlfriend and I
went into his office to look over the Video
Tape right at the same time of the
accerdaint the tape would have showed
me at a diffrent place, but it Jumped
from April 14, 2008 To April 15, 2008
as if some body had cut a great portion
of the tape out, but early in the tape
my girlfriend and I was seen many time
in the tape.

Count 6 Continue

Supporting Facts Continue: In addition to mr Thompson Conspired with the Prosercutor fail to have my most importing witnesses testify in the first Trial, not to mention the facts that mr. Thompson Meet with me a diffrent day to go over the crime scene, at our merting he open a binder, this time he had deffrent pictures of two Vehical it was not the same two Vehical that I had saw prior to our second meeting I did bring it to his attention but he denied it to the fullness, At all times I had brought to his attention that the Vehicals had been Changed; But he told me that he did not wont to dispute it in the Court, he Claimed that it would be hold to proff; But as well as I, he know from his Conspiracy of the first Vehical he Showed me, that he had conspired with the police and Prosecutor to change the Vehicals used in trial. He also Kelp important information out of trial search as a Vedio Tape, that if been used in trial would have proff. proved most of my innocence, And thats the vrason I relieved him off my Case and Retained a privit Attorney to respresent me in the second Trial but he also Conspired with Mr. Thompson and I will explain his pant of my Case in Count 7. of this Claim.

12                                    5 of 1

Court 7: The following civil right has been violated: Due Process, and the right to have inffective assistence of Counsel.

Supporting Facts:

Mr. John Blakely was retained to provide me with privit respresentation In my second Trial; his duty he owe to his clients Should have been, investergating the Case, the Crime scene, and Contact witnesses to interview for possible Testimony in Trial on behalf of his client.

At all times of retaining Mr. Blakely I would contact him Via Telephone and try giving him names of new witnesses to testify in my secord trial along with the previous witnesses that testified in the first trial In addition, to giving him information of some evidence avilible that can prove my innocence that's been kelpt out of the first trial by mr. Thompson, Mr. Thompson told me that the Video Tape wouldn't prove nothing so he would not have use to request the Public Defenders office to turn over the Video Tape, he also failed to investergate the case he failed to Contact alliby witnesses, he took information advise from Mr. Thompson after mr. Thompson was relieved of my Case; He Conspired with mr. Thompson, in all he failed to provide me with effective assistance of Counsel; Mr. Blakely Violated my 5th and 6th Constitution Admendment Right, to have witnesses present at my trial to testify on my behalf.

13

~~C.~~ Continue

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count ~~1~~: The following civil right has been violated: **Voilation of my Due Process Rights To Have A Fair Trial.**

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

mr. Blakely Conspired with mr. Thompson that he be reassign to represent me doing sentencing that is from lack of effectively respresenting me in my first trial I hired mr. Blakely to respresent me in second trial. Mr. Blakely duties should have been Conducting an independent investergation of the facts and witnesses of the imformation I had giving him.

However knowing that mr. Thompson and I had attorney client problems from the first trial concerning witnesses and evidence aviliable on my behalf, mr. Blakely took advice from mr. Thompson concerning witnesses and evidence instead of Conducting his own investagation, so after trial from the failures of mr. Blakely I told the court that mr. Blakely did no properly respresent me and that I no longer need him on my case, so the court relieved him and ordered that presidures be reviewed to see if there were ground for a new trial, to keep the case from being reviewed by a diffrent attorney Mr. Blakely contacted mr. Thompson a told him to get back on my case, mr. Thompson Conspired to not recognize grounds for a new trial, when in fact he know he's ~~been~~ a in position. Possession of a Surveilance Video Tape that will prove my innocence on the charges Iv been convicted of.

C. Count 8: The following civil right has been violated:
Due Process under the 5th, 6th, and 14th Constitution
Admendments.

Supporting Facts: Doing my second trial the Prosecu-
tor Mr. Stephen Marquardt willfully, and Knowingly refiled
a case that had once been befor a Jury whareas
the Jury had reached a Verdict of 12-0 NOT Guilty
the Prosecutor also have Knowlegde of the tampering
with evidence, and Knowledge of the changing the
Vehical from the originel Vehical that was involved
in the alley the day I was arrested, In addistion
to thing that took place in the second Jury
trial, that is Prosecutor star witness Victor
had started having problem how to correctly
perjury the court, At this point the Presiding
Judge ordered the court into recess, doing
recess everybody exit the Court Room beside
the Prosecutor, Victer, Court Reportor, and Court
Clark. After being out for five munits I im-
mediately return to defence section of the court
room, at that moment I hear the Prosecutor talking
to Victor, in English and tilling him what he
need to say in front of the jury when they return,
I then again exit the court room to inform my
Attorney that the Prosecutor is exsplaining to Victor
how he should answer the question and Exactly
what to say to jury, when the return and courts
back in session.

14

Co Count 8 Continue

Supporting Facts Continues: The prosecutor, is also guilty of conspiracy along with Victor, Julie, The two Police officers, ~~and~~ David Thompson, the Prosecutor is part of the team that told Mr. Courtly Cutter that they did not believe That I committed the crime but they still ~~wanted~~ wanted to Prosecute me for it, therefore the information Contained in Count 8 of my Complaint our the bases grounds to support my Claim.

15

#9  Count 9

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting
them if necessary.)

Count 9: The following civil right has been violated: __Due Process and Equally__
                                                            (E.g., right to medical care, access to courts
__Protection of Law.__
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment,
etc.)

__Supporting Facts:__ [Include all facts you consider important to Count 1. State what happened clearly and in
your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant,
*by name*, did to violate the right alleged in Count 1.]

Judge Kerry Wells all of a sudden intervene In the middle of Prosecutors' Star witness testimony Victor. Victor was struggling in how he should testify, At that this time and point Judge Wells recess the Court for 15 minuts, The Jury and every body exit the Court Department except the Prose- cutor, Court Clerk, and Court Reportor, and Star Witness Victor, in-between time I took a break and return quickly to defence section of the Court Room only to over hear Victor in the Prosecutor disc Having A disus- sion about the case, The Prosecutor Verbally coach Coaching Victor in how he should testify when the Jury return, I then went into the Hallway and informed my Attorney mr. Blakely that the Prosecutor was actually Coaching Victor on how he should testify, my Attorney look At me and responded "That it was all right", and other words it al-right for Prosecutor to Lead his Star witness in how to testify. Now I can feel the my Attorney was not on my side because its not all right for the Prosecutor Lead witness testimony, Judge wells also Know what was

#1 Continu

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count #1 The following civil right has been violated: Due Process and my right to have a fair Jury Trial. (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

Taking place in her Court Department it was not a coincidence that She ordered the Court into recess, she done it deliberately to allow the prosecutor and Victor some space without the present of the jury that the prosecutor could try to get Victor on track to testify falsely in trial. Judge Kerry Wells also intructed Defence and Prosecutor Attorney to not make mention that to the Jury that the case was on trial had already once been tried. The Judges intruction allowed important information testimony from the first trial not to be argued on in the second trial, she knew that there is a lots of inconsistence conflecting testimony by prosecutors witnesses that would of have raise some credibility assue with with the Two Police officers, Victor and Julie. Jugde will also accuse Defence Attorney of arguving with the witness when she notice that the witness was about to break down and the truth was coming out. Conspivacy has enable me to prove my innocence in trial.

Count 2  10  The following civil right has been violated: Vialated my
(E.g., right to medical care, access to courts,
Due Process right to have a fair trial.
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment,
etc.)

Supporting Facts:  [Include all facts you consider important to Count 2. State what happened clearly and in
your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant,
by name, did to violate the right alleged in Count 2.]

Court Clerk Ms. Alma
Machado Played her part in Conspiracy
by patiently and calmily remain in
the Court Department when the Prosecu-
tor was commiting misconduct Coaching
Victor on how to testify as a officser
of the Court Ms. Machado Should have
brought the Prosecutors' actions to the
attention of Ms. Kerry Wells the presiding
Judge, I can only say that ms.
Machado played a small portion of
Conspriacy, But again a small
part can make a big diffrence in
the court of Laws, surelly she have
enough respect for the Judge to
let the Judge Know what had been said
between the Prosecutor and Victor when
Court was in recess. From all of
the Conspiracy I have been unable
to prove my innocence at trial.

Count 3: The following civil right has been violated: __Due Process.__

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:   [Include all facts you consider important to Count 3.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 3.]

Court Reporter Ms. Traci Foster is responcible for recording mostly every word been said in Court Ms. Foster was also present when the prosecutor was coaching Victor on how he should testify when the jury return She remained in the Court Department with Ms. Machado. Ms. Foster have Conspired with Ms. Kerry Wells and Mr. Stephen Marquardt to manipulate some of the information that was recorded in her transcript and I will name some of the information that was on record that's not showing on the transcript of my Second Jury Trial

1. Informating when the Judge intructed Both Attorney to not make mention to Jury that the case had once been to trial

2. The other information that Should have been on record that don't reflect in Trials' Transcripts are when prosecutor MisConduct by intructing the jury in his Closing argument He said to jury that they could Consider my past Conviction to deturning my innocence or guilt on the Charge being tried in trial.

# Continue

**C.  Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting
them if necessary.)

<u>Count 1</u>:  The following civil right has been violated: __Due Process rights__
12.                                                                                   (E.g., right to medical care, access to courts,
__for a fair Trail and or Appeal.__
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment,
etc.)

<u>Supporting Facts:</u>  [Include all facts you consider important to Count 1. State what happened clearly and in
your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant,
*by name*, did to violate the right alleged in Count 1.]   Its missing information
which has enable my appeal Attorney to
effectively respresent me on Appeal
and part of my proff lay in the transcripts
as a whole and that is no where in
the transcripts does either Attorney
mention any thing about the Cort case
had once been tried by a Jury by reason
of Ms. Kerry Wells intraction; I'm sure
that Ms. Faster was on record as the
Judge intructed the attorneys.

Finally Manipulateing Trials
transcripts and being present when
Prosecutor and Victor was rehearsing
there testimony when to testify on
when Jurors return fro recess. and
thats what ms. Faster done to Violate
my Due Process rights to a fair Jury
Trial and to be heard on Appeal.
manipulating Trial Transcripts.

#12

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: Due Process to A
fair Jury Trial and Defamation of Character.
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

Mr. Jesus Valbez allowed his Vehical to be use in Conspiring to reinact a crime scence Mr. Valbez had to conspire with Victor, Julie, Stephen, Ovvash, and TA following there Conspiracy Mr. Valbez appeared in Court to testify that his truck had been Stolling out of his drive way in the early morning hours. Mr. Valbez is also gualty of making a false police report. Plaintiff Cant directly link mr. Valbez to Conspiracy but I do know that the Vehical use in trial is not th Same two Vehicul the not I was arrested and Part of the proff is in my first Jury Trial Transcript. Conspiring to use has Vehical to reinact a crime scence and Testifing under oath that hes truck was stolling is what mr Valbez did to Violate my rights.

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): From Continuing to Conspire Tempering with evidence nor to Continue to perjury the Court

2. Damages in the sum of $ 2,000,000.00 million

3. Punitive damages in the sum of $ 2,000,000.00 million

4. Other: Exemplary Damges in the Sum of $3,000,000.00 million Dollars

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☑ Jury ☐ Court.  (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☑ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

February 05, 2010.
Date

Signature of Plaintiff

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Stephen Toney

**DEFENDANTS**

Victor Ruiz et al

**'10 CV 0405 BTM PCL**

**(b) COUNTY OF RESIDENCE OF FIRST LISTED**  San Diego
**PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Stephen Toney
PO Box 799004
San Diego, CA 92179
AA-2909

ATTORNEYS (IF KNOWN)

2254    1983

FILING FEE PAID
Yes

MOTION FILED
Yes          No

COPIES SENT TO:

Court        ProSe

FILED

FEB 19 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
**(For Diversity Cases Only)          FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ Security Act | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☒ 550 Civil Rights | | | ☐ 950 Constitutionality of State |
| ☐ 290 All Other Real Property | | | | | ☐ 890 Other Statutory Actions |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**   JUDGE                          Docket Number

DATE    2/19/10

SIGNATURE OF ATTORNEY OF RECORD